IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TYRONE HALL, #362734 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv527 |
| BRYAN COLLIER, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Tyrone Hall, an inmate confined in the Texas prison system, proceeding *pro se* and seeking to proceed *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit. The lawsuit was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that case should be dismissed because Plaintiff has not satisfied the sanctions imposed against him and because he has accumulated "three strikes" for purposes of 28 U.S.C. § 1915(g). Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** without prejudice in accordance with the preclusion order issued by this Court and with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff may resume the lawsuit if he shows proof that he has paid

all of his sanctions and pays the entire filing fee of $400 within thirty days from the entry of this order.

It is finally

>**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

>**SIGNED** this the 2 day of **January, 2019.**

_____
Thad Heartfield
United States District Judge